David Brian Lally, Esq., Bar No. 145872
Law Office of David Brian Lally
8001 Irvine Center Drive, Suite 1090
Irvine, CA 92618
Telephone 949-349-0022
Facsimile 949-861-9250
Davidlallylaw@gmail.com

Attorney for Defendants
Harlan C. Hanson, Elizabeth A. Hanson

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In Re:

HARLAN C. HANSON, ELIZABETH A. HANSON,

　　　　Debtors.

JTH Tax, Inc.,

　　　　Plaintiff,

v.

HARLAN C. HANSON, ELIZABETH A. HANSON,

　　　　Defendants.

) CASE NO.:   6:13-bk-18264MH
) ADV. NO.:   6:13-ap-01315MH
) CHAPTER:   7
)
)
) ANSWER TO COMPLAINT TO
) DETERMINE DISCHARGEABILITY OF
) DEBT
)
)
) Status Conference
) Date:   October 23, 2013
) Time:   2:00 p.m.
) Ctrm:   303
)
)
)
)

TO THE HONORABLE MARK HOULE, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF AND PLAINTIFF'S ATTORNEY:

Harlan C. Hanson and Elizabeth A. Hanson ("Defendants") file their Answer to the Complaint filed by JTH Tax, Inc., and allege as follows. The numbering in the Complaint is not chronological and this Answer will mirror the incorrect numbers of the Complaint for convenience.

1.　　Answering paragraph 1 of the Complaint, Defendants admit those allegations.

UNDER THE HEADING "PARTIES":

2.　　Answering paragraph 2 of the Complaint, Defendants admit those allegations.

1

3. Answering paragraph 3 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

4. Answering paragraph 4 of the Complaint, Defendants admit those allegations.

UNDER THE HEADING "JURISDICTION AND VENUE":

5. Answering paragraph 1 of the Complaint, Defendants admit those allegations.

6. Answering paragraph 5 of the Complaint, Defendants admit those allegations.

7. Answering paragraph 6 of the Complaint, Defendants admit those allegations.

8. Answering paragraph 7 of the Complaint, Defendants admit those allegations.

GENERAL ALLEGATIONS:

9. Answering paragraph 8 of the Complaint, Defendants admit those allegations.

10. Answering paragraph 9 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

11. Answering paragraph 10 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

12. Answering paragraph 11 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

13. Answering paragraph 12 of the Complaint, Defendants admit those allegations.

14. Answering paragraph 13 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

15. Answering paragraph 14 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

16. Answering paragraph 15 of the Complaint, Defendants admit those allegations.

17. Answering paragraph 16 of the Complaint, Defendants admit those allegations.

18. Answering paragraph 17 of the Complaint, Defendants admit those allegations.

19. Answering paragraph 18 of the Complaint, Defendants admit those allegations.

20. Answering paragraph 19 of the Complaint, Defendants admit those allegations.

21. Answering paragraph 20 of the Complaint, Defendants admit those allegations.

22. Answering paragraph 21 of the Complaint, Defendants admit those allegations.

1     23.     Answering paragraph 22 of the Complaint, Defendants admit only that the document says what it says.

3     24.     Answering paragraph 23 of the Complaint, Defendants admit only that the document says what it says.

5     25.     Answering paragraph 24 of the Complaint, Defendants admit only that the documents say what they say.

7     26.     Answering paragraph 25 of the Complaint, Defendants admit only that the document says what it says.

9     27.     Answering paragraph 26 of the Complaint, Defendants deny those allegations.

10     28.     Answering paragraph 27 of the Complaint, Defendants admit those allegations.

11     29.     Answering paragraph 28 of the Complaint, Defendants deny those allegations. The allegations are vague and ambiguous.

13     30.     Answering paragraph 29 of the Complaint, Defendants deny those allegations.

14     31.     Answering paragraph 30 of the Complaint, Defendants admit the first sentence but deny the remaining allegations. The allegations are vague and ambiguous, and incomplete.

16     32.     Answering paragraph 31 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

18     33.     Answering paragraph 32 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

20     34.     Answering paragraph 33 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

22     35.     Answering paragraph 34 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

24     36.     Answering paragraph 35 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

26     37.     Answering paragraph 36 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

38.     Answering paragraph 37 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

39.     Answering paragraph 38 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

40.     Answering paragraph 39 of the Complaint, Defendants admit only that they filed their Chapter 7 Petition on the date it was filed.

41.     Answering paragraph 40 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations. The allegations are ambiguous and incomplete.

42.     Answering paragraph 41 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations. The allegations are ambiguous and incomplete.

43.     Answering paragraph 42 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

44.     Answering paragraph 43 of the Complaint, Defendants deny those allegations.

45.     Answering paragraph 44 of the Complaint, Defendants deny those allegations.

46.     Answering paragraph 45 of the Complaint, Defendants deny those allegations.

47.     Answering paragraph 46 of the Complaint, Defendants deny those allegations.

48.     Answering paragraph 47 of the Complaint, Defendants deny those allegations.

49.     Answering paragraph 48 of the Complaint, Defendants reallege and incorporate by reference paragraphs 1 - 47 above as if set forth herein.

50.     Answering paragraph 49 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations. The allegations are ambiguous and incomplete.

51.     Answering paragraph 50 of the Complaint, Defendants denies those allegations.

52.     Answering paragraph 51 of the Complaint, Defendants deny those allegations.

53.     Answering paragraph 52 of the Complaint, Defendants deny those allegations.

54.     Answering paragraph 53 of the Complaint, Defendants deny those allegations.

55. Answering paragraph 54 of the Complaint, Defendants deny those allegations.

56. Answering paragraph 55 of the Complaint, Defendants deny those allegations.

57. Answering paragraph 56 of the Complaint, Defendants reallege and incorporate by reference paragraphs 1 - 55 above as if set forth herein.

58. Answering paragraph 57 of the Complaint, Defendants admit those allegations.

59. Answering paragraph 58 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

60. Answering paragraph 59 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations. Defendants denies those allegations.

61. Answering paragraph 60 of the Complaint, Defendants deny those allegations.

62. Answering paragraph 61 of the Complaint, Defendants deny those allegations.

63. Answering paragraph 62 of the Complaint, Defendants deny those allegations.

64. Answering paragraph 63 of the Complaint, Defendants deny those allegations.

65. Answering paragraph 64 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

66. Answering paragraph 65 of the Complaint, Defendants denies those allegations.

67. Answering paragraph 66 of the Complaint, Defendants reallege and incorporate by reference paragraphs 1 - 65 above as if set forth herein.

68. Answering paragraph 67 of the Complaint, Defendants admit those allegations.

69. Answering paragraph 68 of the Complaint, Defendants admit those allegations.

70. Answering paragraph 69 of the Complaint, Defendants admit those allegations.

71. Answering paragraph 70 of the Complaint, Defendants admit those allegations.

72. Answering paragraph 71 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

73. Answering paragraph 72 of the Complaint, Defendants admit those allegations.

74. Answering paragraph 73 of the Complaint, Defendants deny those allegations.

75. Answering paragraph 74 of the Complaint, Defendants deny those allegations.

76. Answering paragraph 75 of the Complaint, Defendants deny those allegations.

77. Answering paragraph 76 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

78. Answering paragraph 77 of the Complaint, Defendants deny those allegations.

79. Answering paragraph 78 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

80. Answering paragraph 79 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

81. Answering paragraph 80 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

82. Answering paragraph 81 of the Complaint, Defendants lack sufficient information and belief to admit or deny those allegations, and thus deny those allegations.

83. Answering paragraph 82 of the Complaint, Defendants deny those allegations.

84. Answering paragraph 83 of the Complaint, Defendants deny those allegations.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

(The Complaint Fails To State A Claim Upon Which Relief Can Be Granted)

As a first affirmative defense, Defendants allege the Complaint fails to state a claim upon which relief can be granted. The untrue and unfounded allegations do not give rise to the elements of the causes of actions in the Complaint.

### SECOND AFFIRMATIVE DEFENSE

(Plaintiff Has Insufficient Evidence To Establish Its Case)

As a second affirmative defense, Defendants alleges Plaintiff does not have sufficient evidence to establish the required elements of the causes of actions in the Complaint.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by its Complaint on any of the causes of actions in the Complaint, and that Judgment be rendered in favor of Defendants on all causes of actions;

2. That Defendants be awarded her attorneys' fees and costs pursuant to the Contracts, Sections 523(d) and 105 of the Bankruptcy Code; and

3. For such other relief as the Court deems just and proper.

Date: September 11, 2013				Law Office of David Brian Lally

						_____
						David Brian Lally
						Attorney for Defendants

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8001 Irvine Center Drive, Suite 1090, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/11/2013  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Defendants' Attorney David B. Lally, Davidlallylaw@gmail.com
Plaintiff's Attorney Kinh Tran, Esq., luan.tran@ltlw.com, klt@ltlcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 9/11/2013  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Mark Houle, U.S. Bankruptcy Judge, 3420 Twelfth Street, Courtroom 303, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/18/2013  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 11, 2013 | David Brian Lally | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**